IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CASEY PAROLA,

Plaintiff,

v.

AISIN MFG, ILLINOIS, LLC,

Defendant.

Case No. 26-204 JPG

**JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/28/2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**